IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. SUTTON,  )
                              )  2:12-cv-00333-GEB-EFB
      Plaintiff,  )
                              )
  v.  )  <u>ORDER TO SHOW CAUSE AND</u>
                              )  <u>CONTINUING STATUS (PRETRIAL</u>
WILLIAMSBURG WINERY LTD.,  )  <u>SCHEDULING) CONFERENCE</u>
                              )
      Defendant.  )
_____ )

        The February 8, 2012 Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case on May 21, 2012, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. The February 8, 2012 Order further required that a status report be filed regardless of whether a joint report could be procured. No status report was filed as ordered.

        Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than May 18, 2012, why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether a hearing is requested on the OSC. If a hearing is requested, it will be held on June 25, 2012, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date

1

1  and time. A joint status report shall be filed no later than fourteen
2  (14) days prior to the status conference.
3          IT IS SO ORDERED.
4  Dated:  May 9, 2012

   _____
   GARLAND E. BURRELL, JR.
   United States District Judge