IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John P. Sutton, ) | 2:12-cv-0333-GEB-EFB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING DISMISSAL |
| ) | MOTION AS MOOT |
| Williamsburg Windery, LTD., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending is Plaintiff's motion for dismissal of Defendant's counterclaim. (ECF No. 9.) However, subsequent to the filing of this dismissal motion, Defendant filed a Notice of Dismissal of its counterclaim. Therefore, Plaintiff's dismissal motion is denied as moot and the hearing currently scheduled for July 2, 2012 is vacated.

Dated:  June 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge