IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John P. Sutton,          ) | |
|                          ) | 2:12-cv-0333-GEB-EFB |
|        Plaintiff,        ) | |
|                          ) | |
|     v.                   ) | ORDER DENYING PLAINTIFF'S |
|                          ) | MOTIONS |
| Williamsburg Winery, LTD,) | |
|                          ) | |
|        Defendant.        ) | |
| _____ ) | |

      Plaintiff seeks reconsideration of an order filed on October 16, 2012, that denied Plaintiff's motions for summary judgment and a preliminary injunction, each of which was based on Defendant's alleged violations of Plaintiff's trademark. (Pl.'s Mot. for Reconsideration of Mot. for Summ. Judg. of Liab., ECF No. 27; Pl.'s Mot. for Reconsideration of Mot. for Injunction Prohibiting Use of Adagio for Wine, ECF No. 29; see Order, ECF No. 26.) Defendant opposes the reconsideration motions.

      Plaintiff's reconsideration motions are based on arguments Plaintiff neglected to make in his motions for summary judgment and a preliminary injunction, which were denied. However, "[a] motion for reconsideration 'may *not* be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation.'" Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH &

1 | Co., 571 F.3d 873, 880 (9th Cir. 2009) (quoting <u>Kona Enters., Inc. v.</u>
2 | <u>Estate of Bishop</u>, 229 F.3d 877, 890 (9th Cir. 2000)).
3 |      Therefore, Plaintiff's motions for reconsideration are DENIED.
4 | Dated:  May 7, 2013

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```