IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John P. Sutton,              ) | |
|                              ) | 2:12-cv-0333-GEB-EFB |
|         Plaintiff,           ) | |
|                              ) | |
|     v.                       ) | ORDER DENYING PLAINTIFF'S |
|                              ) | MOTIONS |
| Williamsburg Winery, LTD,    ) | |
|                              ) | |
|         Defendant.           ) | |
| _____ ) | |

       Plaintiff seeks reconsideration of an order filed on October 16, 2012, that denied Plaintiff's motions for summary judgment and a preliminary injunction, each of which was based on Defendant's alleged violations of Plaintiff's trademark. (Pl.'s Mot. for Reconsideration of Mot. for Summ. Judg. of Liab., ECF No. 27; Pl.'s Mot. for Reconsideration of Mot. for Injunction Prohibiting Use of Adagio for Wine, ECF No. 29; see Order, ECF No. 26.) Defendant opposes the reconsideration motions.

       Plaintiff's reconsideration motions are based on arguments Plaintiff neglected to make in his motions for summary judgment and a preliminary injunction, which were denied. However, "[a] motion for reconsideration 'may *not* be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation.'" Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH &

Co., 571 F.3d 873, 880 (9th Cir. 2009) (quoting <u>Kona Enters., Inc. v. Estate of Bishop</u>, 229 F.3d 877, 890 (9th Cir. 2000)).

Therefore, Plaintiff's motions for reconsideration are DENIED.

Dated:  May 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge