UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SUTTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAMSBURG WINERY, LTD.,<br><br>　　　　Defendant. | No.  2:12-cv-00333-GEB-EFB<br><br>**ORDER DENYING MOTION FOR ATTORNEY'S FEES** |

　　　　Defendant moves under Section 35(a) of the Lanham Act for an award of attorney's fees, contending that since it is the prevailing party, the motion should be granted. The Lanham Act prescribes in 15 U.S.C. § 1117(a): "The court in exceptional cases may award reasonable attorney fees to the prevailing party."

　　　　However, the merits of the motion will not be addressed because it was not timely filed under Local Rule 293(a), which states: "Motions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than twenty-eight (28) days after entry of final judgment." E.D. Cal. L.R. 293(a).

　　　　Final judgment was entered in this action in Defendant's favor on September 23, 2013, yet Defendant did not

1

file its motion for attorney's fees until October 22, 2013, which is twenty-nine days after entry of judgment. Since the motion was filed late, it is DENIED.

Dated: November 20, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2